```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3  4  08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
William E. Richardson, et al.,

              Plaintiffs,

    v.

National Football League, et al.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1:07-cv-11632 (MGC)

**STIPULATION AND ORDER**

       **IT IS HEREBY STIPULATED AND AGREED,** between the undersigned

counsel for the parties hereto, that the time within which defendants National Football League,

National Football League Management Council, National Football League Pension Plan, National

Football League Capital Accumulation Plan, National Football League Flex Plan, National Football

League Management Council Pension Plan and NFL Employee Benefit Committee have to answer

or move with respect to the Amended Complaint in this action is extended up to and including

April 9, 2008.

Dated: February 28, 2008

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _M. Christine Carty_

M. Christine Carty (MC-1796)
140 Broadway, Suite 3100
New York, NY 10005-1101
(212) 973-8000

*Attorneys for Plaintiffs*

Dated: February 28, 2008

NATIONAL FOOTBALL LEAGUE

By: _Lawrence P. Ferazani, Jr._

Lawrence P. Ferazani, Jr. (LF-6103)
280 Park Avenue
New York, NY 10017
(212) 450-2357

*Attorneys for Defendants:*
National Football League
National Football League Management Council
National Football League Pension Plan
National Football League Capital Accumulation Plan
National Football League Flex Plan
National Football League Management Council Pension Plan
and NFL Employee Benefit Committee

SO ORDERED:

_____
THE HONORABLE MIRIAM G. CEDARBAUM
United States District Judge
Southern District Of New York

March 3, 2008

PHDATA 3065385_1