SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Shepard Goldfein
Jay S. Berke
Four Times Square
New York, New York  10036-6522
212-735-3000

*Attorneys for defendants National Football League, National Football League Management Counsel, National Football League Pension Plan, National Football League Capital Accumulation Plan, National Football League Flex Plan, National Football League Management Council Pension Plan, and NFL Employee Benefit Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
William E. Richardson, et al.           :        07 Civ. 11632 (MGC)
                                        :
              Plaintiff(s),             :
                                        :
    - against –                         :        ECF Case
                                        :        Electronically Filed
                                        :
National Football League, et al.        :
                                        :
              Defendant(s),             :
------------------------------------------------------X

STATEMENT PURSUANT TO FED.R.CIV.P. 7.1(a)

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendants National Football League, National Football League Management Counsel, National Football League Pension Plan, National Football League Capital Accumulation Plan, National Football League Flex Plan, National Football League Management Council Pension Plan, and NFL Employee Benefit Committee, by their counsel, Skadden, Arps, Slate, Meagher & Flom LLP, state that

none of the aforesaid defendants have a parent corporation and no publicly held corporation owns 10% or more of any of the aforesaid defendants' stock.

Dated: New York, New York
March 20, 2008

\s\ Jay S. Berke
Jay S. Berke, (Jay.Berke@skadden.com)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LP
Four Times Square
New York, New York  10036-6522
(212) 735-3000

Attorney for defendants, National Football League, National Football League Management Counsel, National Football League Pension Plan, National Football League Capital Accumulation Plan, National Football League Flex Plan, National Football League Management Council Pension Plan, and NFL Employee Benefit Committee