SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Shepard Goldfein
Jay S. Berke
Four Times Square
New York, New York 10036-6522
212-735-3000

*Attorneys for defendants National Football League, National Football League Management Counsel, National Football League Pension Plan, National Football League Capital Accumulation Plan, National Football League Flex Plan, National Football League Management Council Pension Plan, and NFL Employee Benefit Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

| | | |
|---|---|---|
| William E. Richardson, et al. | : | 07 Civ. 11632 (MGC) |
| | : | |
| Plaintiff(s), | : | ECF Case |
| | : | Electronically Filed |
| - against – | : | |
| | : | |
| National Football League, et al. | : | NOTICE OF APPEARANCE |
| | : | OF SHEPARD GOLDFEIN |
| Defendant(s), | : | |

-------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendants National Football League, National Football League Management Counsel, National Football League Pension Plan, National Football League Capital Accumulation Plan, National Football League Flex Plan, National Football League Management Council Pension Plan, and NFL Employee Benefit Committee.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       March 20, 2008

        \s\ Shepard Goldfein
        Shepard Goldfein, (Shepard.Goldfein@skadden.com)
        SKADDEN, ARPS, SLATE
          MEAGHER & FLOM LP
        Four Times Square
        New York, New York  10036-6522
        (212) 735-3000

Attorney for defendants, National Football League, National Football League Management Counsel, National Football League Pension Plan, National Football League Capital Accumulation Plan, National Football League Flex Plan, National Football League Management Council Pension Plan, and NFL Employee Benefit Committee