```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
William E. Richardson, et al.,

        Plaintiffs,

    v.

National Football League, et al.,

        Defendants.
------------------------------------x

1:07-cv-11632 (MGC)

**STIPULATION AND ORDER**

       **IT IS HEREBY STIPULATED AND AGREED**, between the undersigned counsel for the parties hereto, that the time within which defendants National Football League, National Football League Management Council, National Football League Pension Plan, National Football League Capital Accumulation Plan, National Football League Flex Plan, National Football League Management Council Pension Plan, NFL Employee Benefit Committee and CDT, Inc. have to answer or move with respect to the Amended Complaint in this action is extended up to and including June 9, 2008.

       This stipulation is entered into without waiving any defenses of any defendant.

Dated: March 26, 2008

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
M. Christine Carty (MC-1796)
140 Broadway, Suite 3100
New York, NY 10005-1101
(212) 973-8000

*Attorneys for Plaintiffs*

Dated: March 26, 2008    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
   Jay B. Berke (JB-6500)
4 Times Square
New York, NY 10036
(212) 735-2612

*Attorneys for Defendants*
National Football League
National Football League Management Council
National Football League Pension Plan
National Football League Capital Accumulation Plan
National Football League Flex Plan
National Football League Management Council Pension Plan
and NFL Employee Benefit Committee

Dated: March 26, 2008    LITTLER MENDELSON
A Professional Corporation

By: _____
   Michael P. Pappas (MP-6716)
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

*Attorneys for Defendant*
CDT, Inc.

SO ORDERED:

_____
U.S.D.J.
March 28, 2008