Shepard Goldfein  (Shepard.Goldfein@skadden.com)
Jay S. Berke  (Jay.Berke@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
*Attorneys for National Football League Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| William E. Richardson, et al., : | |
| : | |
| Plaintiffs, : | 07 Civ. 11632 (MGC) |
| : | |
| - against - : | **MOTION TO DISMISS** |
| : | |
| National Football League, et al., : | ECF CASE |
| : | ELECTRONICALLY FILED |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO DISMISS

PLEASE TAKE NOTICE that upon accompanying Transmittal Declaration of Jay S. Berke, dated June 9, 2008, and the exhibits thereto; and the accompanying NFL Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss The Amended Complaint, dated June 9, 2008, defendants National Football League, National Football League Management Council, National Football League Pension Plan, National Football League Capital Accumulation Plan, National Football League Flex Plan, National Football League Management Council Pension Plan, and NFL Employee Benefit Committee (the "NFL Defendants"), by their undersigned counsel, hereby move to dis-

miss plaintiffs' Amended Complaint with prejudice pursuant to Rule 12 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the return date for this motion shall be July 3, 2008, or such further date as may hereafter be set by the Court, at 9:30 a.m. in Courtroom 14A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York.

Dated: June 9, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Shepard Goldfein (Shepard.Goldfein@skadden.com)
Jay S. Berke (Jay.Berke@skadden.com)
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for National Football League Defendants*

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on June 9, 2008, I caused a true copy of the

- *Motion to Dismiss,*
- *NFL Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint,*
- *Transmittal Declaration of Jay S. Berke in Support of Motion to Dismiss* and
- *{Proposed} Order*

to be served upon the following party as indicated:

By Hand Delivery

Michael P. Pappas, Esq.
Littler Mendelson
885 Third Avenue, 16th Floor
New York, NY 10022

By Federal Express, overnight delivery

M. Christine Carty, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, 31st Floor
New York, NY 10005

Robert J. Costello, Esq.
Levy. Tolman & Costello, LLP
630 Third Avenue
New York, NY 10017

Dated: New York, New York
       June 9, 2008

*[signature]*
Steven Ray Katzenstein