```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
William E. Richardson, et al.,

        Plaintiffs,

        v.

National Football League, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:07-cv-11632 (MGC)

STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, between the undersigned counsel, that the time within which defendant Comprehensive Drug Testing, Inc., has to answer or move with respect to the First Amended Complaint in this action is extended up to and including June 23, 2008.

This stipulation is entered into without waiving any defenses of defendant Comprehensive Drug Testing, Inc.

Dated: June 9, 2008

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
    Carl Schaerf (CS-5031)
140 Broadway, Suite 3100
New York, NY 10005-1101
(212) 973-8000

*Attorneys for Plaintiffs*

LITTLER MENDELSON, P.C.

By: _____
    Michael P. Pappas (MP-6716)
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

*Attorneys for Defendant CDT, Inc.*

So ordered,
June 10, 2008     United States District Judge