(EDARBAUM, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
William E. Richardson, et al.,

        Plaintiffs,

v.

National Football League, et al.,

        Defendants.
------------------------------------------------------------x

1:07-cv-11632 (MGC)

**STIPULATION AND ORDER**

     **IT IS HEREBY STIPULATED AND AGREED**, between the undersigned counsel, that the time within which defendant Comprehensive Drug Testing, Inc., has to answer or move with respect to the First Amended Complaint in this action is extended up to and including July 14, 2008.

     This stipulation is entered into without waiving any defenses of defendant Comprehensive Drug Testing, Inc.

Dated: June 19, 2008

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Carl Schaerf (CS-5031)
140 Broadway, Suite 3100
New York, NY 10005-1101
(212) 973-8000

*Attorneys for Plaintiffs*

LITTLER MENDELSON, P.C.

By: _____
Michael P. Pappas (MP-6716)
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

*Attorneys for Defendant CDT, Inc.*

SO ORDERED:

S/ _____
U.S.D.J.
June 23, 2008