Shepard Goldfein (Shepard.Goldfein@skadden.com)
Jay S. Berke (Jay.Berke@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
*Attorneys for National Football League Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
William E. Richardson, et al.,  :
                                :
                  Plaintiffs,   :  07 Civ. 11632 (MGC)
                                :
       - against -              :  **MOTION TO DISMISS**
                                :
National Football League, et al.,  :  ECF CASE
                                :  ELECTRONICALLY FILED
                  Defendants.   :
                                :
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Transmittal Declaration of Jay S. Berke, dated July 9, 2008, and the exhibits thereto; and the accompanying NFL Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss The Amended Complaint, dated July 9, 2008, defendants National Football League, National Football League Management Council, National Football League Pension Plan, National Football League Capital Accumulation Plan, National Football League Flex Plan, National Football League Management Council Pension Plan, and NFL Employee Benefit Committee (the "NFL Defendants"), by their undersigned counsel, hereby move to dis-

miss plaintiffs' Amended Complaint with prejudice pursuant to Rule 12 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the return date for this motion shall be July 31, 2008, or such further date as may hereafter be set by the Court, at 9:30 a.m. in Courtroom 14A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York.

Dated: July 9, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

_____

Shepard Goldfein (Shepard.Goldfein@skadden.com)
Jay S. Berke (Jay.Berke@skadden.com)
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for National Football League Defendants*

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Brian E. Keating being duly sworn, deposes and says:

1. I am over eighteen years of age, not a party to the action and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. That on the 9th day of July 2008, deponent caused to be served a true copy of the foregoing:

- Notice Of Withdrawal Of Motion Dated June 9, 2008,

- Motion To Dismiss,

- NFL Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss The Amended Complaint,

- Transmittal Declaration of Jay S. Berke In Support Of Motion To Dismiss

to be served upon the following parties as indicated:

By Hand Delivery

Michael P. Pappas, Esq.
Littler Mendelson
885 Third Avenue, 16th Floor
New York, NY 10022

M. Christine Carty, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, 31st Floor
New York, NY 10005

Robert J. Costello, Esq.
Levy, Tolman & Costello, LLP
630 Third Avenue
New York, New York 10017

_____
Brian E. Keating

Sworn to before me this
9th day of July, 2008

_____

SHANNON MARIE FLYNN
NOTARY PUBLIC, State of New York
No. 01FL6096193
Qualified in New York County
Commission Expires Oct. 16, 2011

2