LITTLER MENDELSON, P.C.
Michael P. Pappas (MP-6716)
885 Third Avenue
New York, New York 10022
(212) 583-9600

Attorneys for Defendant
 Comprehensive Drug Testing, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM E. RICHARDSON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br><br> NATIONAL FOOTBALL LEAGUE, et al., <br><br> Defendants. | 07-cv-11632 (MGC) <br><br> **NOTICE OF MOTION** <br><br> **SPECIAL APPEARANCE ONLY** |

PLEASE TAKE NOTICE that, upon: (1) Defendant Comprehensive Drug Testing, Inc.'s ("CDT's") Memorandum of Law in Support; (2) the Declaration of Kim Jasper dated June 5, 2008; (3) all of the pleadings in this action; and (4) such other and further argument and evidence as the Court deems necessary for the adjudication of this motion, Defendant CDT, by its attorneys, Littler Mendelson, P.C., will move this Court, before the Honorable Miriam Goldman Cedarbaum, United States District Judge, in the United States Courthouse located at 500 Pearl Street, New York, New York, on July 31, 2008, at 9:30 a.m., or at another date and time to be set by the Court, for: (i) an order pursuant to Fed.R.Civ.P. 12(b)(6) dismissing Plaintiff's First Amended Complaint as against CDT on the ground that it fails to state a claim against CDT upon which relief can be granted; (ii)

alternatively, an order pursuant to Fed.R.Civ.P. 12(b)(2) dismissing Plaintiff's First Amended Complaint as against CDT for lack of personal jurisdiction; (iii) alternatively, an order pursuant to Fed.R.Civ.P. 12(b)(3), Fed.R.Civ.P. 21, and/or 28 U.S.C. § 1404(a), dismissing or severing and transferring the action against CDT on the grounds of improper venue; and (iv) an order granting CDT such other and further relief as the Court deems just and equitable.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Individual Rules of Practice of Judge Cedarbaum, papers in opposition to this motion, if any, must be served so as to be received by the undersigned no later than 12:00 p.m. on July 23, 2008.

Dated: July 9, 2008                LITTLER MENDELSON, P.C.

                                   Attorneys for Defendant CDT


                          By:      _____S/_____
                                   Michael P. Pappas (MP-6716)
                                   885 Third Avenue
                                   New York, New York 10022
                                   (212) 583-9600