LITTLER MENDELSON, P.C.
Michael P. Pappas (MP-6716)
885 Third Avenue
New York, New York 10022
(212) 583-9600

Attorneys for Defendant
 Comprehensive Drug Testing, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILLIAM E. RICHARDSON, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>Defendants. | 07-cv-11632 (MGC)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**SPECIAL APPEARANCE ONLY** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Comprehensive Drug Testing, Inc. (a private non-government party) certifies that said party has no parent corporations and that no publicly-held corporation holds 10% or more of its stock.

Dated: July 10, 2008

LITTLER MENDELSON, P.C.

Attorneys for Defendant CDT

By: _____S/_____
Michael P. Pappas (MP-6716)
885 Third Avenue
New York, New York 10022
(212) 583-9600